IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00366-MSK-OES

JACQUELINE BURGESS-PETERSON, and
MARYLUE M. MCCOMBS,

Plaintiff(s),

vs.

ROTH MEDICAL, INC.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 5, 2005

Defendant's Unopposed Motion for Relief from the Minute Order to Reset Settlement Conference is GRANTED in part.  The Settlement Conference set for August 17, 2005, is VACATED and RESET to **September 12, 2005, at 10:30 a.m.** in the United States Courthouse located at 901 19th Street, Sixth Floor, Denver, Colorado.

Counsel are reminded that they **shall have parties present** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

No person is ever required to settle a case on any particular terms or amounts.  However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorneys' fees and costs for the other side.

In order that productive settlement discussions can be held, counsel shall

prepare and submit **two** settlement documents:  one to be mailed to the other party or parties, and the other to be electronically mailed only to the Magistrate Judge.  The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims and shall present a demand or offer.   These documents should be intended to persuade the clients and counsel on the other side.

The document to be electronically mailed to the Magistrate Judge shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.  The settlement documents shall be submitted no later than **five** days prior to the date of the settlement conference.