IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00366-MSK-OES

JACQUELINE BURGESS-PETERSON, and
MARYLUE M. MCCOMBS,

    Plaintiffs,

v.

ROTH MEDICAL, INC.,

    Defendant.

_____

### ORDER DISMISSING ACTION WITH PREJUDICE AND CLOSING CASE
_____

THIS COURT, upon review of the Joint Motion to Dismiss Action **(#34)**, with the Court noting that Magistrate Judge Schlatter presided a settlement conference in the above action which was held on October 4, 2005.  Parties or representatives participated in the settlement conference and all parties were represented by counsel. The Magistrate Judge has recommended that the matter be settled on the terms agreed to by the parties and that the matter be dismissed.  Based on the recommendation of the Magistrate Judge the Court hereby approves the settlement; and being otherwise advised in the premises,

The Court hereby ORDERS that the Joint Motion to Dismiss Action with prejudice is granted, and this case is dismissed. The Clerk shall close this case.

DATED this 20th day of October, 2005.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge